AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
**08/10/2026**
**Clerk, U.S. District Court**
**Western District of Texas**

**by: Y. Lujan**
**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: PE:26-M -00299(1) |
| | § | |
| (1) Maximiano Alejandro-Hernandez | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 06, 2026** in **Brewster** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter or attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title _____**8**_____ United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   *"The defendant, Maximiano ALEJANDRO-Hernandez was arrested on August 06, 2026, in the Western District of Texas by Sanderson Border Patrol Agents.  The defendant is a citizen and national of Mexico, who is present in the United States without having been admitted or paroled by an Immigration Officer.  The Defendant last entered the United States on or about August 05, 2026 in Brewster County, Texas, in the Western District of Texas at a time and place not*

**Continued on the attached sheet and made a part of hereof.**

/s/ Rafael Ortega

Signature of Complainant
Border Patrol Agent

August 10, 2026

Date

at   Alpine, Texas

City and State

Complaint sworn to in my presence and and signed electronically on this date.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:26-M -00299(1)

WESTERN DISTRICT OF TEXAS

(1) Maximiano Alejandro-Hernandez

FACTS   (CONTINUED)

designated as a port of entry by the Secretary of Homeland Security.  The Defendant is not in possession of Immigration documents allowing him/her to be in, or remain in, the United States legally.

Defendant is a citizen and national of Mexico.


IMMIGRATION HISTORY:
None Found

CRIMINAL HISTORY:
09/05/2024, San Luis, CA, DUI ALCOHOL:CAUSING BODILY INJURY (23153(A) VC )(F), PND, Unknown.
04/19/2025, Fresno, INFLICT CORPORAL INJ SPOUSE/COHAB (273.5(A) PC )(F), PND, Unknown.
04/19/2025, Fresno, CHILD ABUSE W/POSSIBLE GBI/DEATH (273A(A) PC )(F), PND, Unknown.